**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        William Solomon Lewis v. Mark Anthony Aguirre

Appellate case number:      01-17-00063-CV

Trial court case number:    1062343

Trial court:                County Civil Court at Law No. 4 of Harris County

Appellant, William Solomon Lewis, has filed a "Motion for Reconsideration of Motion to Supplement the Record" and a "Motion to Supplement Appellant's Motion for Reconsideration of His Motion to Supplement the Record." The motions are ordered carried with the case.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually      ☐ Acting for the Court

Date: August 8, 2017